UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS PAUL SOTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION (CDCR), et al.,<br><br>　　　　Defendants. | Case No. 25-cv-08400-HSG<br><br>**JUDGMENT** |

　　The Court has DISMISSED this action without prejudice. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close the file.

　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/14/2026

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge